

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00034-CV

---

MARTIN E. MCGONAGLE, M.D., Appellant

V.

TEXAS MEDICAL BOARD; AND SCOTT FRESHOUR, IN HIS OFFICIAL CAPACITY AS
THE INTERIM EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, Appellees

---

On Appeal from the 250th District Court
Travis County, Texas
Trial Court No. D-1-GN-16-004188

---

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

This Court has been notified that Martin E. McGonagle, M.D., the appellant in this matter, filed a voluntary petition for bankruptcy on or about October 12, 2018, in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, under cause number 4:2018bk44051. Pursuant to the Bankruptcy Code, further action in this appeal is automatically stayed, *see* 11 U.S.C.A. § 362 (West, Westlaw current through P.L. 115-223), and under Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended, *see* TEX. R. APP. P. 8.2.

Accordingly, this appeal is hereby abated and, for administrative purposes, will be treated as closed. Any party may reinstate the appeal by promptly filing a motion to reinstate including, as an attachment, either a certified copy of an order showing that the automatic bankruptcy stay has been lifted or any other authenticated document demonstrating that reinstatement is permitted by federal law and/or the United States Bankruptcy Court for the Northern District of Texas. *See* TEX. R. APP. P. 8.3(a). Any party may also move to sever the appeal in accord with the provisions of Rule 8.3(b) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3(b).

In the event of reinstatement, any period that began to run but had not expired at the time of suspension will begin anew when the appeal is reinstated. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the Court reinstates the appeal. TEX. R. APP. P. 8.2, 8.3.

In accord with Rule 8.2 of the Texas Rules of Appellate Procedure, we suspend this appeal by abating it. *See* TEX. R. APP. P. 8.2.

IT IS SO ORDERED.


BY THE COURT


Date:   October 17, 2018